YVETTE WEINSTEIN, TRUSTEE
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV 89146
Telephone: (702) 364-8919

Trustee in Bankruptcy

RECEIVED AND FILED

2016 APR 22 PM 2 11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. 11-19688 LED |
|---|---|
| AFC HOLDINGS, LLC<br>ADVANCED FINANCIAL CONCEPTS HOLDINGS | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED FUNDS |

TO: Clerk, United States Bankruptcy Court

FROM: Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS613300 |
|---|---|---|---|
|  | **SEE ATTACHED** |  |  |
| TOTAL |  |  | $5,032.35 |

Dated: 04/21/16

_____
Yvette Weinstein, Trustee

# 226316       $5,032.35

Printed: 04/21/16 08:56 AM  **Stale Check Report**  Page: 1

**Trustee:** YVETTE WEINSTEIN, TRUSTEE (480160)
**Case:** 11-19688 - AFC HOLDINGS, LLC

| Account No. | Check No. | Issued | Payee | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 5001639666 | 11044 | 04/21/16 | CLERK US BANKRUPTCY COURT | | | | | $5,032.35 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5001639666 | 4 | 11016 | 08/15/11 | 610 | JUAN ACEVEDO<br>11342 ZINNIA LANE<br>FONTANA, CA 92337 | 5,955.08 | 5,955.08 * | 115.01 | 115.01 |
| 5001639666 | 6 | 11018 | 08/19/11 | 610 | KEITH BRYAN<br>7916 BARNSTORMER CT<br>CHINO, CA 91708 | 11,745.00 | 11,745.00 * | 226.84 | 226.84 |
| 5001639666 | 7 | 11019 | 08/29/11 | 610 | THE M&D BLANCO 2003 FAMILY TRUST<br>2795 NATIVE AVE<br>ROWLAND HIEGHTS, CA 91748 | 40,823.30 | 40,823.30 * | 788.44 | 788.44 |
| 5001639666 | 11 | 11022 | 09/09/11 | 610 | DONNA SWITZENBERG<br>9150 LARKSPUR DRIVE<br>WESTMINSTER, CA 92683 | 78,000.00 | 78,000.00 | 1,506.46 | 1,506.46 |
| 5001639666 | 21 | 11032 | 10/11/11 | 610 | PAUL THADDEUS CLARY<br>JOHN F. EDWARDS, ESQ.<br>501 CIVIL CENTER DR., WEST<br>SANTA ANA, CA 92701 | 23,092.21 | 23,092.21 * | 445.99 | 445.99 |
| 5001639666 | 24 | 11035 | 10/31/11 | 610 | RALPH E. HOLMES JR.<br>11571 RABAUL DR.<br>CYPRESS, CA 90630 | 100,945.28 | 100,945.28 | 1,949.61 | 1,949.61 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.